No. 18.   UNITED STATES *v.* NATIONAL DAIRY PRODUCTS CORP. ET AL., *ante,* p. 29;

No. 629.   HAUSFELD *v.* ZIEGLER, *ante,* p. 907;

No. 711.   NATIONAL BULK CARRIERS, INC., ET AL. *v.* GARDNER, ADMINISTRATRIX, *ante,* p. 913;

No. 721.   MAY *v.* PENNSYLVANIA RAILROAD Co., *ante,* p. 914; and

No. 685, Misc.   WALKER *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL., *ante,* p. 922.   Petitions for rehearing denied.

No. 294, Misc.   MULLER *v.* NEW YORK, 371 U. S. 850. Motion for leave to file petition for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion.

APRIL 12, 1963.

No. 910.   AMERICAN STATES INSURANCE CO. *v.* CRANE SUPPLY CO.   On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. Dismissed pursuant to Rule 60 of the Rules of this Court. *John P. Sandidge* for petitioner.   *Wilbur Fields* for respondent.

APRIL 15, 1963.

No. 34.   DOUGLAS ET AL. *v.* CALIFORNIA, *ante,* p. 353. The motion for allowance of attorney's transportation expenses is denied.   *Burton Marks* for petitioners on the motion.   *Stanley Mosk,* Attorney General of California, and *Jack E. Goertzen,* Deputy Attorney General, for respondent, in opposition.